IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | **SEALED** |
| v. | | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br> **ARENTA DA'SHAWN WHITE (2)** | | NO. 4:23CR<br>Judge |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with Intent
to Distribute Methamphetamine)

From on or about September 1, 2023, and continuing up to and including September 12, 2023, in the Eastern District of Texas and elsewhere, ▮▮▮▮▮▮▮▮▮▮▮▮ and **Arenta Da'Shawn White**, defendants, did knowingly and intentionally conspire and agree with other persons known and unknown to the grand jury to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of methamphetamine (actual); a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. §846.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### (Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c))

As a result of the commission of the foregoing offense alleged in the indictment,

the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), any and all property (1) used to facilitate the foregoing offense, or (2) constituting or derived from proceeds the defendant obtained directly or indirectly as a result of the foregoing offense.

<u>Substitute assets</u>

If any property subject to forfeiture as a result of any act or omission by the defendants (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendants shall forfeit to the United States any other property of the defendants up to the value of the forfeitable property.

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____        _____
Lesley D. Brooks                                Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | |
| ████████████████████ | § § | NO. 4:23CR |
| ARENTA DA'SHAWN WHITE (2) | § § | Judge |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) - not less than 10 years nor more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years;

Special Assessment: $100.00

Notice of Penalty- Page 1